UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 05-0917 (DSD/JJG)

ELMER J. KOHNEN,

        Plaintiff,

v.                      **ORDER**

JO ANNE B. BARNHART,
Commissioner of Social Security

        Defendant.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the case is **DISMISSED** for lack of prosecution.

Dated: December 14, 2005

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court